No. 80–5171. HUDSON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 80–5189. KLIMAS v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 80–5194. TURNER v. YOUNG. C. A. 4th Cir. Certiorari denied.

No. 80–5279. PRICE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5305. SAVAGE v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 80–5325. TURPIN v. CITY OF WEST HAVEN. C. A. 2d Cir. Certiorari denied.

No. 80–5394. WOODS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5414. MAGEE v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–5417. INDORATO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 80–5423. PONTICELLI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5424. SMITH v. SHOEMAKER, CHIEF, ADULT PROBATION AUTHORITY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–5425. FARIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–5426. BASTIAN v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.